UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

PAUL HANSMEIER                    Case #
     Debtor                              SIGNATURE DECLARATION
                                   For use in electronically filed cases only

_x_ PETITION, SCHEDULES & STATEMENTS
_x_ CHAPTER 13 PLAN
___ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

    1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

    2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

    3. [individual debtors only] ] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

    4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

    5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.    [corporate and partnership debtors only ] I have been authorized to file this petition on behalf of the debtor.

Date: 7/17/15

_____          _____
Signature of Debtor or Authorized Representative    Signature of Joint Debtor
Printed Name of Debtor or                Printed name of joint debtor
Printed Name of Joint Debt