UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____/

In re PAUL HANSMEIER,     Case No.
      Debtor(s)     13
      Chapter 13

_____/

## FINANCIAL REVIEW OF DEBTOR'S BUSINESS

Type of business: LAW PRACTICE  Business Name: CLASS JUSTICE, PLLC

PART A- GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 mo. prior to filing:   167000

PART B- ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:   21,500.00

PART C- ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| # | Item | Amount |
|---|---|---|
| 3 | Payroll | 3427.00 |
| 4 | Professional subscriptions | 30.00 |
| 5 | Contract labor | 1800.00 |
| 6 | Gas | 110.00 |
| 7 | Deductible meals and ent | 210.00 |
| 8 | Rent (other than residence) | 2173.00 |
| 9 | Utilities | 435.00 |
| 10 | Office expenses and supplies | 400.00 |
| 11 | Filing fees | 2640.00 |
| 12 | License and CLE | 150.00 |
| 13 | Advertising and promotion | 300.00 |
| 14 | Office Equipment | 75.00 |
| 15 | Legal/Accounting/professional fees | 1900.00 |
| 16 | Insurance | 250.00 |

   Total monthly expenses   $13930.00

PART D- ESTIMATED AVERAGE NET MONTHLY INCOME

24  Average Net Monthly Income
    (subtract line 22 from line 2)   7570.00

    Net monthly income   7570.00

Verification: Debtor herein, having reviewed the attached document, declares under penalty of perjury that they know the information contained herein to be true and correct to the best of his knowledge.

Dated : 7/13/15   _____
PAUL HANSMEIER