**B9I (Official Form 9I)** (Chapter 13 Case) (06/14)     Case Number **15–42460 – KHS**

UNITED STATES BANKRUPTCY COURT District of Minnesota

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/13/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 PAUL HANSMEIER
 100 3RD AVE S
 SUITE 3201
 MPLS, MN 55401

| Case Number:<br>15-42460 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5754 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Barbara J May<br>Barbara J May Attorney at Law<br>2780 Snelling Ave N<br>Ste 102<br>Roseville, MN 55113<br>Telephone number: 651–486–8887 | Bankruptcy Trustee (name and address):<br>Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402<br>Telephone number: 612–338–7591 |

## Meeting of Creditors

Date: **August 12, 2015**      Time: **09:00 AM**
Location: **U S Courthouse, Rm 1017 (10th Floor), 300 S 4th St, Minneapolis, MN 55415**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **11/10/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **1/11/16**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/13/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **9/17/15**, Time: **10:30 AM**, Location: **U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Bankruptcy Clerk's Office** *( Monday – Friday: 8:00am – 5:00pm )*<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Telephone number: (612)–664–5200<br>Web address: www.mnb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lori Vosejpka<br><br>Date: 7/14/15 |
|---|---|

# **EXPLANATIONS**

B9I (Official Form 9I) (06/14)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form ("Official Form B10") can be obtained at the same website or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                         United States Bankruptcy Court
                              District of Minnesota

In re:                                                    Case No. 15-42460-KHS
PAUL HANSMEIER                                            Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0864-4       User: heidi            Page 1 of 1         Date Rcvd: Jul 14, 2015
                           Form ID: b9i           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
db           +PAUL HANSMEIER,    100 3RD AVE S,    SUITE 3201,    MPLS, MN 55401-2728
smg          +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61088913     +900 SECOND AVE S LLC,    900 2nd Avenue South,    Minneapolis, MN 55402-3314
61088916     +ALPHA LAW FIRM,   80 S 8TH ST,    MINNEAPOLIS, MN 55402-2100
61088919     +ANTHONY SMITH,   C/O BOOTH SWEET LLP,    32R ESSEX ST, STUDIO 1A,    CAMBRIDGE, MA 02139-2646
61088922      ILLINOIS DEPARTMENT OF REVENUE,    SPRINGFIELD, IL 62179
61088925     +JOHN DOE,   C/O THE PIETZ LAW FIRM,    8605 SANTA MONICA BLVD,    NO 69018,
               LOS ANGELES, CA 90069-4109
61088926     +JOHN STEELE,    500 MICHIGAN AVE,    SUITE 600,    CHICAGO, IL 60611-3754
61088928     +MARK LUTZ,   1111 LINCOLN ROAD,    MIAMI BEACH, LF 33139-2452
61088929     +MICHAEL DUGAS,    1125 DUCKWOOD TRAIL,   APT 112,    EAGAN, MN 55123-1134
61088930     +PADRAIGIN BROWNE,    100 3RD AVE S #3201,    MPLS, MN 55401-2728
61088931     +PAUL DUFFY,   2 N LASALLE ST,    CHICAGO, IL 60602-3702
61088932     +PRENDA LAW INC,    2 N LASALLE ST,    CHICAGO, IL 60602-3702
61088934     +QWEST COMMUNICATIONS, ET AL,    C/O BASSFORD REMELE,    33 S 6TH STREET, SUITE 3800,
               MINNEAPOLIS, MN 55402-3707
61088935      SANDIPAN CHOWDHURY,    C/O BOOTH SWEET,    32R ESSEX SUITE, STUDIO 1A,    CAMBRIDGE, MA  02139
61088936      TCF MORTGAGE CORP,    PO BOX 1119,   MINNEAPOLIS MN 55472-0121
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: maybarbaraj@gmail.com Jul 14 2015 22:23:39     Barbara J May,
               Barbara J May Attorney at Law,    2780 Snelling Ave N,    Ste 102,   Roseville, MN  55113
tr           +E-mail/Text: bnc@ch13mn.com Jul 14 2015 22:24:09     Gregory A Burrell,
               100 South Fifth Street,    Suite 480,    Minneapolis, MN 55402-1250
smg          +EDI: MINNDEPREV.COM Jul 14 2015 22:13:00     Minnesota Department of Revenue,
               Bankruptcy Section,    PO Box 64447,    St Paul, MN 55164-0447
ust           E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jul 14 2015 22:23:44     US Trustee,
               1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61088918      EDI: AMEREXPR.COM Jul 14 2015 22:13:00     AMERICAN EXPRESS,    CUSTOMER SERVICE &,
               BILLING INQUIRIES,    PO BOX 981535,    EL PASO TX 79998-1535
61088920     +E-mail/Text: esheu@bestlaw.com Jul 14 2015 22:23:57     EDWARD SHEU,    BEST AND FLANAGAN,
               225 SOUTH 6TH ST, SUITE 4000,    MPLS, MN 55402-4690
61088924      EDI: IRS.COM Jul 14 2015 22:13:00     INTERNAL REVENUE SERVICE,    INSOLVENCY SECTION,
               PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
61088915      AF HOLDINGS LLC,    SPRINGATES E,   GOVERNMENT ROAD,    CHARLESTOWN, NEVIS
61088914      AF HOLDINGS LLC,    SPRINGATES EAST,   GOVERNMENT ROAD,    CHARLESTOWN, NEVIS
61088921      GUAVA LLC,    SPRINGATES EAST,   GOVERNMENT ROAD,    CHARLESTON, NEVIS
61088923      INGENUITY 13 LLC,    SPRINGATES E,   GOVERNMENT ROAD,    CHARLESTON, NEVIS
smg*         +US Trustee,    1015 US Courthouse,   300 S 4th St,    Minneapolis, MN 55415-3070
61088917*    +ALPHA LAW FIRM,    80 S. 8TH ST,   MINNEAPOLIS, MN 55402-2100
61088927*    +JOHN STEELE,    500 MICHIGAN AVE SUITE 600,    CHICAGO, IL 60611-3754
61088933*    +PRENDA LAW, INC,    2 N LASALLE ST,   CHICAGO, IL 60602-3702
                                                                                 TOTALS: 4, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2015 at the address(es) listed below:
              Barbara J May    on behalf of Debtor PAUL  HANSMEIER maybarbaraj@gmail.com
              Gregory A Burrell   cmecfjzkmn@ch13mn.com
              US Trustee   ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3
```