**Form 3015-1 - Chapter 13 Plan**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

In re:                                             **CHAPTER 13 PLAN**
**PAUL HANSMEIER**
                                                   Dated:   **07/13/2015**

    Debtor                                         Case No.
*In a joint case,*
*debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO TRUSTEE --**

    a. As of the date of this plan, the debtor has paid the trustee _____.

    b. After the date of this plan, the debtor will pay the trustee  **$2,690.00**  per  **month**  for  **53 months**, beginning within 30 days after the order for relief for a total of  **$142,570.00**.  The minimum plan length is ☐ 36 or ☑ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

    c. The debtor will also pay the trustee _____

    d. The debtor will pay the trustee a total of  **$142,570.00**  [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE --** The trustee will pay from available funds only creditors for which proofs of claim have been filed.  The trustee may collect a fee of up to 10% of plan payments, or  **$14,257.00** [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] --** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

    | Creditor | Monthly Payment | Number of Months | Total Payments |
    |---|---|---|---|
    | TOTAL | | | $0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] --** The debtor assumes the following executory contracts or unexpired leases.  Cure provisions, if any, are set forth in ¶ 7.

    | Creditor | Description of Property |
    |---|---|
    | **900 SECOND AVE S LLC** | **MONTH TO MONTH RENTAL OF OFFICE SPACE** |

5. **CLAIMS NOT IN DEFAULT --** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors.  The creditors will retain liens, if any.

    | Creditor | Description of Claim |
    |---|---|
    | **TCF MORTGAGE CORP** | **100 3RD AVE S, UNIT 3201, MPLS, MN  55401** |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)] --** The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence.  The debtor will pay the payments that come due after the date the petition was filed directly to the creditors.  The creditors wil retain liens.  ALL FOLLOWING ENTRIES ARE ESTIMATES.  The trustee will pay the actual amounts of default.

    | Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
    |---|---|---|---|---|---|
    | TOTAL | | | | | $0.00 |

| UNITED STATES BANKRUPTCY COURT | Case No.: | **Chapter 13 Plan** |
|---|---|---|
| DISTRICT OF MINNESOTA | Debtor(s): **PAUL HANSMEIER** | |
| MINNEAPOLIS DIVISION | | |

**7. CLAIMS IN DEFAULT [§ 1322(b)(3) and (5) and § 1322(e)]** -- The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. ALL FOLLOWING ENTRIES ARE ESTIMATES, EXCEPT FOR INTEREST RATE.

| Creditor / Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| TOTAL | | | | | **$0.00** |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** --The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor / Claim Amount | Secured Claim | Int. Rate | Beg. in Month # | (Monthly Payment) | x | (Number of Payments) | = | Payments on Account of Claim | + | (Adequate Protection from ¶ 3) | = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | | | | | **$0.00** |

**9. PRIORITY CLAIMS** -- The trustee will pay in full all claims entitled to priority under § 507, including the following. THE AMOUNTS LISTED ARE ESTIMATES. The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | | | | | |
| b. Domestic Support | | | | | |
| c. IRS | | | | | |
| **INTERNAL REVENUE SERVICE** | $10,000.00 | Pro-Rata | 1 | 5 | $10,000.00 |
| d. MN Dept. of Rev. | | | | | |
| e. Other: | | | | | |
| **ILLINOIS DEPARTMENT OF REVENUE** | $800.00 | Pro-Rata | 1 | 5 | $800.00 |
| f. TOTAL | | | | | **$10,800.00** |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** -- In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:   **See below**

The trustee will pay the allowed claims of the following creditors. ALL ENTRIES BELOW ARE ESTIMATES.

| Creditor / Description | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | **$0.00** |

**11. TIMELY FILED UNSECURED CREDITORS** -- The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately     **$117,513.00**     [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f) and 10(c)].

a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are      **$0.00**     .

b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are     **$115,334.78**  .

c. Total estimated unsecured claims are     **$115,334.78**   [line 11(a) + line 11(b)].

Case 15-42460   Doc 11   Filed 07/16/15   Entered 07/17/15 00:06:29   Desc Imaged
                         Certificate of Notice   Page 3 of 5

UNITED STATES BANKRUPTCY COURT           Case No.                                    Chapter 13 Plan
DISTRICT OF MINNESOTA                    Debtor(s):   **PAUL HANSMEIER**
MINNEAPOLIS DIVISION

12. **TARDILY-FILED UNSECURED CREDITORS --** All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claims were tardily filed.

13. **OTHER PROVISIONS --** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

    **ANTHONY SMITH MATTER**

    THIS DEBT IN THE AMOUNT OF $65,000.00 WILL BE PAID IN FULL BY CODEFENDANT OUTSIDE OF THE PLAN WITHIN 30 DAYS.

    **IRS 1305 PROVISION**

    THE IRS SHALL SUBMIT A CLAIM FOR 2015 TAXES PURSUANT TO 11 USC 1305, AND SUCH CLAIM SHALL BE TREATED AS A PRIORITY CLAIM.

    **SURRENDER OF TAX REFUND TO TRUSTEE**

    The debtor shall send the Trustee each year during the Chapter 13 Plan copies of her federal and state income tax returns at the time they are filed. The debtor shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2,000.00 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment.

    **TCF MORTGAGE BILLINGS**

    With respect to the claim of TCF MORTGAGE concerning the debtors' mortgage on the debtors' homestead, said creditor shall continue issuing monthly billing statements to the debtors following confirmation of this plan.  Any such billing statements shall be issued to the debtors at the address on filed with the Bankruptcy Court or to the debtors' attorney at the attorney's address on file with the Bankruptcy Court.

    **60 MONTH PLAN**

    DEBTORS PLAN WILL RUN FOR 60 MONTHS OR UNTIL ALL UNSECURED AND PRIORITY CREDITORS ARE PAID IN FULL, WHICHEVER COMES FIRST

    **JOHN DOE CLAIM**

    THE JOHN DOE CLAIM IN THE AMOUNT OF $81319.72 IS STAYED PENDING APPEAL.  DEBTOR EXPECTS A RULING IN 90 DAYS.  NO PAYMENTS SHALL BE MADE ON ANY CLAIM.  IT WILL EITHER BE PAID BY SUPERCEDEAS BOND, OR IT WILL NOT BE OWED.

| UNITED STATES BANKRUPTCY COURT | Case No. | **Chapter 13 Plan** |
|---|---|---|
| DISTRICT OF MINNESOTA | Debtor(s):   **PAUL HANSMEIER** | |
| MINNEAPOLIS DIVISION | | |

14. **SUMMARY OF PAYMENTS --**

| | |
|---|---:|
| Trustee's Fee [Line 2] | **$14,257.00** |
| Home Mortgage Defaults [Line 6(d)] | **$0.00** |
| Claims in Default [Line 7(d)] | **$0.00** |
| Other Secured Claims [Line 8(d)] | **$0.00** |
| Priority Claims [Line 9(f)] | **$10,800.00** |
| Separate Classes [Line 10(c)] | **$0.00** |
| Unsecured Creditors [Line 11] | **$117,513.00** |
| **Total [must equal Line 1(d)]** | **$142,570.00** |

Insert Name, Address, Telephone and License Number of Debtor's Attorney:

BARBARA J MAY
Bar no. 129689
Barbara J. May Attorney at Law
4105 N. Lexington Ave
Suite 310
Arden Hills, MN 55126
(651) 486-8887

/s/ PAUL HANSMEIER
**PAUL HANSMEIER**
*Debtor*

```
                              United States Bankruptcy Court
                                   District of Minnesota
In re:                                                              Case No. 15-42460-KHS
PAUL HANSMEIER                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0864-4          User: heidi              Page 1 of 1          Date Rcvd: Jul 14, 2015
                              Form ID: pdf008          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
db           +PAUL HANSMEIER,    100 3RD AVE S,    SUITE 3201,    MPLS, MN 55401-2728
smg          +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61088913     +900 SECOND AVE S LLC,    900 2nd Avenue South,    Minneapolis, MN 55402-3314
61088916     +ALPHA LAW FIRM,    80 S 8TH ST,    MINNEAPOLIS, MN 55402-2100
61088918      AMERICAN EXPRESS,    CUSTOMER SERVICE &,    BILLING INQUIRIES,    PO BOX 981535,
               EL PASO TX 79998-1535
61088919     +ANTHONY SMITH,    C/O BOOTH SWEET LLP,    32R ESSEX ST, STUDIO 1A,    CAMBRIDGE, MA 02139-2646
61088922      ILLINOIS DEPARTMENT OF REVENUE,    SPRINGFIELD, IL 62179
61088925     +JOHN DOE,    C/O THE PIETZ LAW FIRM,    8605 SANTA MONICA BLVD,    NO 69018,
               LOS ANGELES, CA 90069-4109
61088926     +JOHN STEELE,    500 MICHIGAN AVE,    SUITE 600,    CHICAGO, IL 60611-3754
61088928     +MARK LUTZ,    1111 LINCOLN ROAD,    MIAMI BEACH, LF 33139-2452
61088929     +MICHAEL DUGAS,    1125 DUCKWOOD TRAIL,    APT 112,    EAGAN, MN 55123-1134
61088930     +PADRAIGIN BROWNE,    100 3RD AVE S #3201,    MPLS, MN 55401-2728
61088931     +PAUL DUFFY,    2 N LASALLE ST,    CHICAGO, IL 60602-3702
61088932     +PRENDA LAW INC,    2 N LASALLE ST,    CHICAGO, IL 60602-3702
61088934     +QWEST COMMUNICATIONS, ET AL,    C/O BASSFORD REMELE,    33 S 6TH STREET, SUITE 3800,
               MINNEAPOLIS, MN 55402-3707
61088935      SANDIPAN CHOWDHURY,    C/O BOOTH SWEET,    32R ESSEX SUITE, STUDIO 1A,    CAMBRIDGE, MA  02139
61088936      TCF MORTGAGE CORP,    PO BOX 1119,    MINNEAPOLIS MN 55472-0121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: mdor.bkysec@state.mn.us Jul 14 2015 22:23:41    Minnesota Department of Revenue,
               Bankruptcy Section,    PO Box 64447,    St Paul, MN 55164-0447
smg          +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jul 14 2015 22:23:44    US Trustee,
               1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61088920     +E-mail/Text: esheu@bestlaw.com Jul 14 2015 22:23:57    EDWARD SHEU,    BEST AND FLANAGAN,
               225 SOUTH 6TH ST, SUITE 4000,    MPLS, MN 55402-4690
61088924      E-mail/Text: cio.bncmail@irs.gov Jul 14 2015 22:23:48    INTERNAL REVENUE SERVICE,
               INSOLVENCY SECTION,    PO BOX 7346,    PHILADELPHIA, PA  19101-7346
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
61088915       AF HOLDINGS LLC,    SPRINGATES E,    GOVERNMENT ROAD,    CHARLESTOWN, NEVIS
61088914       AF HOLDINGS LLC,    SPRINGATES EAST,    GOVERNMENT ROAD,    CHARLESTOWN, NEVIS
61088921       GUAVA LLC,    SPRINGATES EAST,    GOVERNMENT ROAD,    CHARLESTON, NEVIS
61088923       INGENUITY 13 LLC,    SPRINGATES E,    GOVERNMENT ROAD,    CHARLESTON, NEVIS
61088917*     +ALPHA LAW FIRM,    80 S. 8TH ST,    MINNEAPOLIS, MN 55402-2100
61088927*     +JOHN STEELE,    500 MICHIGAN AVE SUITE 600,    CHICAGO, IL 60611-3754
61088933*     +PRENDA LAW, INC,    2 N LASALLE ST,    CHICAGO, IL 60602-3702
                                                                                TOTALS: 4, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2015 at the address(es) listed below:
              Barbara J May    on behalf of Debtor PAUL  HANSMEIER maybarbaraj@gmail.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 2
```