UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 13 Case |
| Paul Hansmeier, | Bky. No. 15-42460 (KHS) |
| Debtor. | |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby note appearance for Judgment Creditors Best & Flanagan LLP, Paul Godfread, Phillip Gainsley, Thompson Hall Santi Cerny & Katkov, and Sandipan Chowdhury ("Judgment Creditors"), pursuant to Rules 2002(g) and (i) and 9010(b) of the Bankruptcy Rules, and demand that all notices given or required to be given in this adversary proceeding and all papers served in this adversary proceeding, including but not limited to, pleadings, motions, applications, memoranda, and other documents required or permitted to be served or filed, be given to and served upon the undersigned at the office address and telephone number set forth below.

Date: July 17, 2015                    BEST & FLANAGAN LLP

                                       By   /e/ Edward P. Sheu
                                            Edward P. Sheu (#312885)
                                            Attorneys for Judgment Creditors
                                            225 South Sixth Street, Suite 4000
                                            Minneapolis, MN 55402
                                            (612) 339-7121
                                            (612) 339-5897 (fax)
                                            esheu@bestlaw.com