# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 13 Case |
| Paul Hansmeier, | Bky. No. 15-42460 (KHS) |
| Debtor | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Paul Godfread hereby notes appearance on behalf of Judgment Creditor Alan Cooper in the above referenced matter, pursuant to Rules 2002(g) and (i) and 9010(b) of the Bankruptcy Rules, and demand that all notices given or required to be given in this adversary proceeding and all papers served in this adversary proceeding, including but not limited to, pleadings, motions, applications, memoranda, and other documents required or permitted to be served or filed, be given to and served upon the undersigned at the office address and telephone number set forth below.

DATED: September 9, 2015       Respectfully submitted,

By: /s/ Paul Godfread
Paul Godfread (Mn Bar No. 389316)
Godfread Law Firm, P.C.
6043 Hudson Road, Suite 305
Woodbury, MN 55125
Phone: 1-612-284-7325
Fax: 1-612-465-3609
paul@godfreadlaw.com
*Attorney for Alan Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2015, a copy of the foregoing was filed electronically and via First Class Mail. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

DATED: September 9, 2015

By: /s/ Paul Godfread
Paul Godfread (Mn Bar No. 389316)
Godfread Law Firm, P.C.
6043 Hudson Road, Suite 305
Woodbury, MN 55125
Phone: 1-612-284-7325
Fax: 1-612-465-3609
paul@godfreadlaw.com
*Attorney for Alan Cooper*