# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## APPLICATION FOR ADMISSION PRO HAC VICE

NOTICE TO ATTORNEY APPLICANTS FOR ADMISSION PRO HAC VICE: THE FILING OF THIS APPLICATION AND ENTRY OF ANY ORDER GRANTING IT **DO NOT** AUTOMATICALLY PROVIDE YOU WITH NOTICES IN THIS CASE OR "FILING USER" ACCESS TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA CM/ECF SYSTEM. IN ORDER TO RECEIVE E-MAIL NOTICES AND/OR TO FILE DOCUMENTS ELECTRONICALLY, ATTORNEYS ADMITTED PRO HAC VICE MUST SUBMIT A COMPLETED ATTORNEY REGISTRATION FORM, SUCCESSFULLY COMPLETE A TEST FILING [DOCUMENT/NOTICE OF APPEARANCE] AND FILE A NOTICE OF APPEARANCE.

Case Number: 15-42460

Case Title: In re: Paul Hansmeier

**Affidavit of Movant**

I, Edward P. Sheu, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jason E. Sweet, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify the specific district to which the attorney is admitted) Massachusetts, but not admitted to the bar of this court, who will be counsel for Anthony Smith, ... * in the case listed above.[1] I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

    * ... Sandipan Chowdhury, Elliot Olivas, Paul Godfread, Alan Cooper and Booth Sweet LLP

Check one of the following:

[✓] I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by U.S. District Court Local Rule 83.5(d) (sign and complete information below).

[ ] I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under U.S. District Court Local Rule 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by Local

---

[1] The Order granting this Application will serve to admit the proposed admittee to practice in the case noted above and any adversary proceedings to that case in which the admittee appears. If the movant declines to serve as local counsel in any such adversary proceedings, a second Application for Pro Hac Vice involving a different movant will be required.

Rule 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: _____  Date: 9·21·2015

MN Attorney License #: 312885

### Affidavit of Proposed Admittee

I, Jason E. Sweet _____, am currently a member in good standing of the U.S. District Court for the (please identify the specific district to which you are admitted) Massachusetts _____, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that, while the U.S. Bankruptcy Court for the District of Minnesota is an electronic court, I will receive notice and service by mail unless and until I submit the *CM/ECF New Registration and Change User Information Form* and one test motion, after which I will receive notice by electronic means.

Signature: _____  Date: 9.11.2015

Typed Name: Jason E. Sweet

Attorney License Number: BBO# 668596 _____ issued by the State of MA ___ (initials)

Law Firm Name: Booth Sweet LLP

Law Firm Address: 32R Essex Street

Cambridge, MA 02139

Main phone: (___) (617) 250-8602

Direct line: (___) (617) 250-8619

E-mail address: jsweet@boothsweet.com

You must file this form and the Pro Hac Vice admission fee of $100 with the Clerk of Bankruptcy Court before you will be included in the roll of admitted attorneys and receive notices in the above-entitled bankruptcy case.

**Registration Form** - ATTORNEY FOR CREDITOR OR OTHER PARTIES (Not Bky Case Opening)

<u>Details about the training process</u> - Complete this form and within two business days, you will receive a CM/ECF training account and test filing instructions via e-mail, unless you are an experienced user. We will be watching for your test filings. Once you have successfully completed the test filings required, a CM/ECF live account will be issued within two days.

**PLEASE PLAN AHEAD!** While we do our best to handle your request expeditiously, we receive many requests each day and try to respond to them in the order received.

| Field | Value |
|---|---|
| First Name | Jason |
| Middle Initial | E. |
| Last Name | Sweet |
| Law Firm | Booth Sweet LLP |
| Bar ID | BBO# 668596 |
| Address | 32R Essex Street |
| City | Cambridge |
| State | MA |
| Zip | 02139 |
| Primary e-mail | jsweet@boothsweet.com |
| Name of person preparing this form and test filings | Jason Sweet |
| Phone | (617) 250-8619 |

(●) Send notice of electronic filing for each filing (NEF)
( ) Send a Daily Summary Report (one e-mail per day only)
[ ] Format: My email provider only allows text formatted e-mail and does not allow web based html format
[ ] Send notices for adversary proceedings in which I am directly involved but not for their related bankruptcy cases.

(●) I am not admitted with the **U.S. District Court for the District of Minnesota** and I plan to request admission pro hac vice in each bankruptcy case I plan to appear. See <u>Admission to Practice</u>.

( ) I am currently admitted with the **U.S. District Court for the District of Minnesota** with my current law firm and contact information.

**Experience with CM/ECF**
A filer with experience using CM/ECF in other districts and knowledge of the rules and procedures governing electronic filing in the **U.S. Bankruptcy Court for the District of Minnesota** may register by selecting this option and submitting a test document for our review.

(●) **Step 1** - Save this registration form as the attorney's name to your PC **(Last,First.pdf)**.
**Step 2** - Prepare a test document of a complete **"Motion for relief from stay"** with all required documents. Save the test document as the attorney's name and include the word **"Motion" (Last,First-MOTION.pdf)**. The test document must include a signed signature page, which is scanned and inserted into the main PDF document, which was converted to PDF from a word processor. For training details, review the filing instructions on the court's web site at **www.mnb.uscourts.gov/test-filing-attorney-creditor-or-other-party**
**Step 3** - Send the registration form and test document to **register@mnb.uscourts.gov**

( ) **No experience with CM/ECF** - You will receive a CM/ECF training account and test filing instructions via e-mail to all addresses listed. We will be watching for your test filings.
Save the registration form as the attorney's name **(Last,First.pdf)** and send to **register@mnb.uscourts.gov**.

[X] I understand the proposed order should be the final page of the PDF file.
[X] I understand I need to have PDF software that combines PDF documents converted from a word processor with scanned PDF documents.
[X] I understand word processed documents should not be scanned, but converted to PDF. **Only exhibits or signature pages should be scanned.**
[X] I understand all documents must be filed as a single PDF file, except if the documents or any exhibits exceed 4 megabytes.
[X] I understand "Pen-in-hand" signatures are not required for ECF-certified attorneys and their staff. **Example: /e/ Jane L. Smith**
[X] I understand hearing dates for motions must be obtained from the calendar clerk and entered into notice of motion before filing.
[X] I understand the automatic e-mail notification sent by CM/ECF constitutes service.

For more information about filing, refer to the **Filing Guidance** tab on the court's website at www.mnb.uscourts.gov.