UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                    Chapter 13 Case

Paul Hansmeier,                                  BKY 15-42460 (KHS)

                              Debtor.

_____

ORDER AUTHORIZING RULE 2004
EXAMINATIONS

_____

This case is before the court on the application of certain judgment creditors

represented by Best & Flanagan LLP ("B&F"), for the examination of and production of

documents by:

A.    Debtor Paul Robert Hansmeier;
B.    Padraigin L. Browne;
C.    Monyet, LLC, through any and all representatives;

pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1.

For reasons stated orally and recorded in open court,

IT IS ORDERED:

1.    B&F's motion for an examination of the Paul Robert
Hansmeier and the debtor's wife Padraigin L. Browne, together with production of
documents as B&F may request, regarding the transfers of money and assets from
the Debtor to his wife, including into or through the Monyet LLC trust or any other entity,
and for the production of documents in connection therewith, is GRANTED; and

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/07/2015
Lori Vosejpka, Clerk, by LH

2.      B&F's application for an order authorizing B&F to seek the production of the Debtor's and his wife's income tax returns, including trust tax returns and business tax returns, if any, bank statements, including individual, joint, business, and IOLTA accounts, along with copies of checks and wires transfers, Social Security and Medicare/Medicaid statements, private medical insurance statements, life insurance policies, brokerage accounts, mortgage, property tax, Carlyle CIC fees, and insurance records, and records of any other asset owned by Debtor and his wife, directly or indirectly, as identified by Debtor, upon oral examination, and including an appraisal of his homestead, is GRANTED.

**Dated:  October 7, 2015**

/e/ Kathleen H. Sanberg

Kathleen H. Sanberg
United States Bankruptcy Judge

2203734