UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                          Chapter 13 Case

Paul Hansmeier,                                                 BKY 15-42460 (KHS)

                          Debtor.

# ORDER AUTHORIZING RULE 2004 EXAMINATIONS

This case is before the court on the application of certain judgment creditors represented by Best & Flanagan LLP ("B&F"), for the examination of and production of documents by:

   A.   Debtor Paul Robert Hansmeier;
   B.   Padraigin L. Browne;
   C.   Monyet, LLC, through any and all representatives;

pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1.

For reasons stated orally and recorded in open court,

IT IS ORDERED:

1.   B&F's motion for an examination of the Paul Robert Hansmeier and the debtor's wife Padraigin L. Browne, together with production of documents as B&F may request, regarding the transfers of money and assets from the Debtor to his wife, including into or through the Monyet LLC trust or any other entity, and for the production of documents in connection therewith, is GRANTED; and

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/07/2015*
Lori Vosejpka, Clerk, by LH

2.      B&F's application for an order authorizing B&F to seek the production of the Debtor's and his wife's income tax returns, including trust tax returns and business tax returns, if any, bank statements, including individual, joint, business, and IOLTA accounts, along with copies of checks and wires transfers, Social Security and Medicare/Medicaid statements, private medical insurance statements, life insurance policies, brokerage accounts, mortgage, property tax, Carlyle CIC fees, and insurance records, and records of any other asset owned by Debtor and his wife, directly or indirectly, as identified by Debtor, upon oral examination, and including an appraisal of his homestead, is GRANTED.

**Dated:  October 7, 2015**            /e/ Kathleen H. Sanberg
                                        Kathleen H. Sanberg
                                        United States Bankruptcy Judge

2203734

United States Bankruptcy Court
District of Minnesota

In re:  
PAUL HANSMEIER  
    Debtor

Case No. 15-42460-KHS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0864-4     User: lynn     Page 1 of 1     Date Rcvd: Oct 07, 2015  
                     Form ID: pdf111     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2015.  
db          +PAUL HANSMEIER,    100 3RD AVE S,    SUITE 3201,    MPLS, MN 55401-2728  
            +Padraigin L. Browne,    100 Third Avenue South,    Suite 3201,    Minneapolis, MN 55401-2728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2015                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2015 at the address(es) listed below:  
         Amanda K Schlitz    on behalf of Interested Party John   Doe amanda.schlitz@stinsonleonard.com, laura.schumm@stinsonleonard.com  
         Barbara J May    on behalf of Debtor PAUL   HANSMEIER maybarbaraj@gmail.com  
         Cynthia L Hegarty    on behalf of Interested Party    Best & Flanagan LLP, Paul Godfread, Phillip Gainsley, Thompson Hall Santi Cerny & Katkov and Sandipan Chowdhury Chegarty@bestlaw.com, kdahl@bestlaw.com  
         Edward P. Sheu    on behalf of Interested Party    Best & Flanagan LLP, Paul Godfread, Phillip Gainsley, Thompson Hall Santi Cerny & Katkov and Sandipan Chowdhury esheu@bestlaw.com, cstrom@bestlaw.com  
         Gregory A Burrell    cmecfjzkmn@ch13mn.com  
         Paul A Godfread    on behalf of Interested Party Alan   Cooper paul@godfreadlaw.com  
         US Trustee    ustpregion12.mn.ecf@usdoj.gov  
                                                                                         TOTAL: 7