## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 13 |
| Paul Robert Hansmeier, | Bankruptcy No. 15-42460 |
| Debtor. | |

### NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7 CASE

TO:   The debtors, all creditors, and other parties in interest:

The United States Trustee has filed a motion to convert the above-captioned case to chapter 7 under 11 U.S.C. § 1307(c).

A hearing will be held at 1:00 p.m. on December 3, 2015, before the United States Bankruptcy Court, Courtroom 8W, 300 South Fourth Street, Minneapolis, MN 55415.

Any response to this motion must be filed and delivered not later than November 27, 2015, which is five days before the time set for the hearing.   UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated:   *November 13, 2015*

                                                            CLERK OF BANKRUPTCY COURT

                                          By:   Heidi J  _____
                                                Deputy Clerk