B6D (Official Form 6D) (12/07)
Case 15-42460 Doc 41 Filed 11/18/15 Entered 11/18/15 17:57:02 Desc Main
Document    Page 1 of 6

In re **PAUL HANSMEIER**                         Case No. **15-42460**
                                                    (if known)

*AMENDED 11/18/2015*

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **ANTHONY SMITH** <br> **C/O BOOTH SWEET LLP** <br> **32R ESSEX ST, STUDIO 1A** <br> **CAMBRIDGE, MA 02139** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **BUSINESS DEBT / Statutory Lien** <br> COLLATERAL: <br> **SUPERCEDEAS BOND** <br> REMARKS: <br><br> VALUE: $65,335.99 | | | | $65,335.99 | |
| ACCT #: <br> **JOHN DOE** <br> **C/O THE PIETZ LAW FIRM** <br> **8605 SANTA MONICA BLVD** <br> **NO 69018** <br> **LOS ANGELES, CA 90060** | X | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **BUSINESS DEBT - 81319.72 / Statutory Lien** <br> COLLATERAL: <br> **ONE HALF INTEREST IN SUPERCEDEAS BOND P** <br> REMARKS: <br><br> VALUE: $118,791.00 | X | X | X | $81,319.72 | |
| ACCT #: <br> **SANDIPAN CHOWDHURY** <br> **C/O BOOTH SWEET** <br> **32R ESSEX SUITE, STUDIO 1A** <br> **CAMBRIDGE, MA 02139** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **BUSINESS DEBT / Judgment Lien** <br> COLLATERAL: <br> **100 3RD AVE S, UNIT 3201, MPLS, MN 55401** <br> REMARKS: <br><br> VALUE: $1,200,000.00 | | | | $71,620.90 | |
| ACCT #: <br> **TCF MORTGAGE CORP** <br> **PO BOX 1119** <br> **MINNEAPOLIS MN 55472-0121** | X | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **MORTGAGE / Agreement** <br> COLLATERAL: <br> **100 3RD AVE S, UNIT 3201, MPLS, MN 55401** <br> REMARKS: <br><br> VALUE: $1,200,000.00 | | | | $597,852.60 | |
| | | | **Subtotal (Total of this Page) >** | | | | $816,129.21 | $0.00 |
| | | | **Total (Use only on last page) >** | | | | $816,129.21 | $0.00 |

_____No_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)
Case 15-42460    Doc 41    Filed 11/18/15    Entered 11/18/15 17:57:02    Desc Main
Document      Page 2 of 6

In re **PAUL HANSMEIER**                                                    Case No. __**15-42460**_____
                                                                                    (If Known)

## *AMENDED 11/18/2015*
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)
Case 15-42460    Doc 41    Filed 11/18/15    Entered 11/18/15 17:57:02    Desc Main Document    Page 3 of 6

In re **PAUL HANSMEIER**    Case No. **15-42460**
                                     (if known)

*AMENDED 11/18/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 3002<br>**AMERICAN EXPRESS**<br>**CUSTOMER SERVICE &**<br>**BILLING INQUIRIES**<br>**PO BOX 981535**<br>**EL PASO  TX  79998-1535** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT CARD**<br>REMARKS: | | | | $5,153.81 |
| ACCT #:<br>**EDWARD SHEU**<br>**BEST AND FLANAGAN**<br>**225 SOUTH 6TH ST, SUITE 4000**<br>**MPLS, MN  55402** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LITIGATION**<br>REMARKS: | | | | $32,189.81 |
| ACCT #:<br>**GODFREAD LAW FIRM**<br>**C/O BEST AND FLANAGAN**<br>**60 S. 6TH ST SUITE 2700**<br>**MPLS, MN  55402** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LITIGATION**<br>REMARKS: | | | | $4,873.50 |
| ACCT #:<br>**PHIL GAINSLEY**<br>**C/O BEST AND FLANAGAN**<br>**60 S. 6TH ST SUITE 2700**<br>**MPLS, MN  55402** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LITIGATION**<br>REMARKS: | | | | $7,005.76 |
| ACCT #:<br>**THOMPSON, ALL, SANTI ET AL**<br>**C/O BEST AND FLANAGAN**<br>**60 S. 6TH ST SUITE 2700**<br>**MPLS, MN  55402** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LITIGATION**<br>REMARKS: | | | | $13,547.88 |
| | | | | | | Subtotal > | $62,770.76 |
| | | | | | | **Total >** | $62,770.76 |

_____**No**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

PAUL HANSMEIER                Case #15-42460
   Debtor                     SIGNATURE DECLARATION
                              For use in electronically filed cases only

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
_x_ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
_x_ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

   1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

   2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

   3. [individual debtors only] ] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

   4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

   5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.    [corporate and partnership debtors only ] I have been authorized to file this petition on behalf of the debtor.

Date: 11/18/15

_____        _____
**Signature of Debtor or Authorized Representative**     Signature of Joint Debtor
*Printed Name of Debtor or*                Printed name of joint debtor

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) SS | Case No.: 15-42460 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 18th day of November 18, 2025, she served electronic notification, the amended schedules DEF upon:

GREGORY BURRELL
100 S 5TH ST
SUITE 480
MINNEAPOLIS, MINNESOTA 55402

United States Trustee
300 S 4th St #1015
 Minneapolis, MN 55415

Edward Sheu
225 South 6th St #4000
Minneapolis, MN 55402

SANDIPAN CHOWDHURY
C/O BOOTH SWEET
32R ESSEX SUITE, STUDIO 1A
CAMBRIDGE, MA  02139

PAUL GODFREAD
ALAN COOPER
6043 HUDSON ROAD SUITE 305
WOODBURY, MN  55125


　　　　　　　　　　　　　　　　　　　　　　  /e/ Barbara J. May

　　　　　　　　　　　　　　　　　　　　　　Barbara J. May