UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

PAUL HANSMEIER

Chapter 13
Bky Case No. 15-42460

ORDER

This case came before the court on the the debtor's expedited motion to seal. For reasons stated orally and recorded in open court,

IT IS ORDERED:

1. Debtor's motion for expedited hearing is granted.
2. Debtor's motion to file attachments under seal is denied.
3. Debtor instead shall redact the buyer's name from the purchase agreement in question, including the buyer's address and initials, and provide the redacted document directly to the court.
4. Any amendments of the purchase agreement shall be provided to the Chapter 13 Trustee and the United States Trustee.
7. The Chapter 13 Trustee and the United States Trustee shall keep their copies of the purchase agreement and any amendments confidential.

Dated: November 24, 2015

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/24/2015*
Lori Vosejpka, Clerk, by LH