## VERIFICATION

Debtor herein, having reviewed the attached document, declares under penalty of perjury that he knows the information contained herein to be true and correct to the best of his knowledge.

Dated: 11/30/15

Paul Hansmeier