# U.S. Department of Justice

## Office of the United States Trustee
*Districts of Minnesota, North Dakota, South Dakota and Iowa*

*U.S. Courthouse, Suite 1015*  
*300 South Fourth Street*  
*Minneapolis, MN 55415*

Phone: *(612) 334-1350*  
Fax: *(612) 335-4032*

December 2, 2015

**Via CM/ECF Only**

Lori A. Vosejpka  
United State Bankruptcy Court  
301 U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415

    Re:    *In re Hansmeier*, Case No. 15-42460

Dear Ms. Vosejpka:

    I hereby request that no future electronic notices be sent to me in this case. Please contact me if you have any questions.

Sincerely,

Dated: December 2, 2015

Colin Kreuziger  
Trial Attorney  
Office of U.S. Trustee  
MN Atty. No. 0386834  
1015 U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415  
TELE: (612) 334-1350