| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) SS | Case No.: BKY 15-42460 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 25th day of November, 2015, she served via US Mail and email, the Motion to Sell, on:

PADRAIGIN BROWNE
100 3RD AVE S
SUITE 3201
MPLS, MN   55401


   /e/ Barbara J. May

Barbara J. May