## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                          **Chapter 13**

**Paul Robert Hansmeier,**                                          **BKY 15-42460**

Debtor.

---

### ORDER

---

The United States Trustee's motion to convert this case to chapter 7 is before the

court.   For reasons stated orally and recorded in open court,

IT IS ORDERED:

This chapter 13 case is converted to chapter 7 under 11 U.S.C. § 1307(c).

Dated:  December 3, 2015                          /e/ Kathleen H. Sanberg
                                                                    Kathleen H. Sanberg
                                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/03/2015*
Lori Vosejpka, Clerk, by LH