UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Paul Hansmeier

    Debtor.                                          ch. 15-42460

_____

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
_____

     Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes his appearance in the above case and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

    <u>/s/ Sam Calvert</u>
1011 2nd ST N, STE 107
ST Cloud MN 56303
320-252-4473
atty id #1431X