**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                              BKY No. 15-42460
Chapter 7

Paul Hansmeier,

       Debtor.

_____

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**
_____

1.       Applicant is the trustee in this case.

2.       Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to conduct formal discovery, and provide other legal services as necessary.

3.       Randall L. Seaver and Fuller, Seaver, Swanson & Kelsch, P.A., are qualified by reason of practice and experience to render such representation or assistance.

4.       Proposed compensation ranges from $245-$470 per hour plus expenses.

5.       Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Randall L. Seaver, a shareholder in the Firm, is the trustee in this case; (b) the Firm represents the trustee in unrelated matters.

6.       The trustee has made the following efforts to recover the asset prior to submitting this application: the trustee has reviewed schedules and various filings in the case and documents related to the case, and believes such services are necessary.

Wherefore, applicant requests that the court approve such employment by the trustee.


Dated: December 9, 2015                                        /e/ Randall L. Seaver
                                                                                  Randall L. Seaver

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 15-42460
Chapter 7

Paul Hansmeier,

    Debtor.

_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

    I, Randall L. Seaver and Fuller, Seaver, Swanson & Kelsch, P.A. named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

    1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

    2.    I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except (a) Randall L. Seaver, a shareholder in the Firm, is the trustee in this case; (b) the Firm represents the trustee in unrelated matters.

                              **FULLER, SEAVER, SWANSON & KELSCH, P.A.**

Dated: December 9, 2015                By: /e/ Randall L. Seaver
                                                   Randall L. Seaver                15288
                                                   12400 Portland Avenue South, Suite 132
                                                   Burnsville, MN 55337
                                                   (952) 890-0888

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                        BKY No. 15-42460

                                                                                Chapter 7

Paul Hansmeier,

     Debtor.

_____

### ORDER
_____

The trustee's application to approve his employment of Fuller, Seaver, Swanson & Kelsch, P.A., as his attorneys came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

    IT IS ORDERED: The employment is approved.

Dated:

                                                                       _____

                                                                       Kathleen H. Sanberg
                                                                       United States Bankruptcy Judge