UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:
PAUL HANSMEIER

Case No.: 15-42460

Debtors.                                   Chapter 13

WITHDRAWAL OF CLAIM OBJECTION

Barbara J. May, attorney for Debtor, withdraws that claim objection filed on November 16, 2015 as document number 37 and that claim objection filed on November 17, 2015 as document number 38.

Dated:12/10//2015                          /e/ Barbara J. May
                                           Barbara J. May
                                           Attorney at Law
                                           4105 N. Lexington #310
                                           Arden Hills, MN  55126
                                           ID 129689
                                           651-486-8887

STATE OF MINNESOTA                )
                                  ) SS                              Case No.: 15-42460
COUNTY OF RAMSEY                  )

Barbara J. May, being duly sworn upon oath, says that on the 10th day of December, 2015, she served via electronic

notification, the withdrawal of claim objection on:

RANDY SEAVER
12400 PORTLAND AVE S
SUITE 132
BURNSVILLE, MN  55337

United States Trustee
300 S 4th St #1015
Minneapolis, MN 55415

All creditors demanding notice

                                                    /e/ Barbara J. May

                                                    Barbara J. May