## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

___

In re:  BKY No. 15-42460

Paul Hansmeier,

      Debtor.

___

### STIPULATION
___

WHEREAS, Randall L. Seaver is the duly appointed Chapter 7 Trustee in the above case, which was commenced by the filing of a voluntary Chapter 13 petition on July 13, 2015 and converted to a case under Chapter 7 by order dated December 2, 2015;

WHEREAS, during the pendency of the Chapter 13 case the Debtor made payments to the Chapter 13 Trustee and those funds are currently in the possession of the Chapter 13 Trustee ("Chapter 13 Funds");

WHEREAS, the Chapter 7 Trustee has requested documentation from the Debtor to verify the source of the Chapter 13 Funds, and the Debtor is in the process of providing responsive documents;

WHEREAS, the Chapter 13 Trustee has notified the parties that it plans to disburse the Chapter 13 Funds in its possession to the Debtor;

WHEREAS, the parties hereto have agreed that the Chapter 13 Trustee shall disburse the Chapter 13 Funds to the Debtor's counsel, to be held in her firm's trust account pending further stipulation of the parties or entry of an order from the Court determining the proper disposition of the Chapter 13 Funds;

WHEREAS, the parties hereto agree to entry of an Order in the form of Exhibit A attached hereto; and

WHEREAS, pursuant to Local Rule the parties agree to the filing of this document containing their electronic signature; and

IT IS HEREBY STIPULATED AND AGREED:

    1.    The parties agree that the Chapter 13 Trustee shall disburse the funds paid into his office, by the debtor during the pendency of the Chapter 13 case, to the Debtor's counsel Barbara May.

    2.    Barbara May shall hold the funds pending a stipulated agreement by the parties or entry of an Order by the Bankruptcy Court concerning the appropriate disposition of the assets.

**FULLER, SEAVER,**
**SWANSON & KELSCH, P.A.**

Dated: December 22, 2015    By:   /e/ Matthew D. Swanson
    Matthew D. Swanson    390271
    Randall L. Seaver    182552
    12400 Portland Ave. S., Suite 132
    Burnsville, MN 55337

    Attorneys for the Chapter 7 Trustee

**BARBARA J MAY LAW OFFICE**

Dated: December 22, 2015    By:    /e/ Barbara J. May
    Barbara J. May    129689
    2780 N. Snelling, Suite 102
    Roseville, MN 55113

    Attorney for the Debtor, Paul Hansmeier

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re: BKY No. 15-42460

Paul Hansmeier,

      Debtor.
_____

The Chapter 7 Trustee, Randall Seaver and counsel for the Debtor filed a stipulation concerning the disposition of funds the debtor paid into the Chapter 13 office during the pendency of his case. Pursuant to the stipulation entered into by the parties and filed with this court,

It is Ordered:

1. The Chapter 13 Trustee shall disburse the funds paid into his office by the debtor, during the pendency of the Chapter 13 case, to the Debtor's counsel Barbara May.

2. Barbara May shall hold the funds until the parties have resolved their dispute via settlement or stipulated agreement, or by entry of an Order by this Court concerning the appropriate disposition of the assets.

Dated:                                               _____

                                                               Kathleen H. Sanberg
                                                               United States Bankruptcy Judge

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                                                    BKY No. 15-42460

Paul Hansmeier,

       Debtor.

_____

       The Chapter 7 Trustee, Randall Seaver and counsel for the Debtor filed a stipulation concerning the disposition of funds the debtor paid into the Chapter 13 office during the pendency of his case.  Pursuant to the stipulation entered into by the parties and filed with this court,

       It is Ordered:

       1.    The Chapter 13 Trustee shall disburse the funds paid into his office by the debtor, during the pendency of the Chapter 13 case, to the Debtor's counsel Barbara May.

       2.    Barbara May shall hold the funds until the parties have resolved their dispute via settlement or stipulated agreement, or by entry of an Order by this Court concerning the appropriate disposition of the assets.


Dated:                                                                        _____
                                                                       Kathleen H. Sanberg
                                                                       United States Bankruptcy Judge