# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

Paul Hansmeier,

    Debtor.

### ORDER

This case is before the court on the trustee's motion for turnover of records. Dcugf "on the motion and the file,

IT IS ORDERED:

Within seven days from the entry of this order Robert P. Balzebre shall turn over to the trustee the following items:

1.    All communications between Robert P. Balzebre and any of the following from June 1, 2013 to date:

    a. Paul Hansmeier;
    b. Monyet, LLC; and
    c. Padraigan Browne.

2.    Copies of any and all documents relating to or evidencing the purpose for the transfer from the Monyet, LLC account in the amount of $21,250 to Robert P. Balzebre in December, 2013.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/02/2016*
Lori Vosejpka, Clerk, by LH

3. Copies of any and all other documents evidencing the transfer of any monies to Robert P. Balzebre by any of the following from January 1, 2013 to date:

   a. Paul Hansmeier;
   b. Monyet, LLC; and
   c. Padraigan Browne.

4. Copies of any and all documents evidencing the transfer of any monies from Robert P. Balzebre to, on account of, or on behalf of any of the following from June 1, 2013 to date:

   a. Paul Hansmeier;
   b. Monyet, LLC; and
   c. Padraigan Browne.

Dated:"O ctej "4."4238"""""""""              /e/ Kathleen H. Sanberg
                                              Kathleen H. Sanberg
                                              United States Bankruptcy Judge