# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

Paul Hansmeier,

    Debtor.

## ORDER

This case is before the court on the trustee's motion for the turnover of records. Based on the motion and the file,

IT IS ORDERED:

Chisholm Properties South Beach, Inc. shall turn over to the trustee within seven days from the entry of this order, the following items:

1. All communications between Chisholm Properties South Beach, Inc. and any of the following from June 1, 2014 to date:

    a. Paul Hansmeier;
    b. Monyet, LLC; and
    c. Padraigan Browne.

2. Copies of any and all documents relating to or evidencing the purpose for the transfer from the Monyet, LLC account in the amount of $39,231 to Chisholm Properties South Beach, Inc. in May, 2014.

3. Copies of any and all other documents evidencing the transfer of any monies to Chisholm Properties South Beach, Inc. by any of the following from January 1, 2014 to date:

    a. Paul Hansmeier;
    b. Monyet, LLC; and
    c. Padraigan Browne.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/02/2016*
Lori Vosejpka, Clerk, by LH

4. Copies of any and all documents evidencing the transfer of any monies from Chisholm Properties South Beach, Inc. to, on account of, or on behalf of any of the following from June 1, 2013 to date:

    d. Paul Hansmeier;
    e. Monyet, LLC; and
    f. Padraigan Browne.

Dated: March 2, 2016

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge