UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re: | BKY No. 15-42460 |
|---|---|
| Case | Chapter 7 |
| Paul Hansmeier, | |
| Debtor. | |

### JOHN L. STEELE'S RESPONSE TO NOTICE OF HEARING AND MOTION FOR ORDER COMPELLING JOHN L. STEELE TO TURN OVER DOCUMENTS

John L. Steele ("Steele"), *pro se*, having received a copy of the Trustee's Notice of Hearing and Motion for Order Compelling John L. Steele to Turn Over Documents ("Notice and Motion") via regular mail on April 6, 2016, responds to the Notice and Motion as follows:

1. Steele does have in his possession some documents or other materials that are described in paragraph 1, page 5, of the Notice and Motion, i.e., email communications between himself and Paul Hansmeier, or among himself, Paul Hansmeier, and third parties, between January 1, 2013 and the present. However, none of those documents or other materials are relevant to any matter described on pages 1-4 of the Notice and Motion.

2. Steele does not have in his possession any documents or other materials that are described in paragraph 2, page 5 of the Notice and Motion.

3. Steele does not have in his possession any documents or other materials that are described in paragraph 3, page 5 of the Notice and Motion.

4. Steele does not have in his possession any documents or other materials that are described in paragraph 4, page 5 of the Notice and Motion.

5. Steele does not have in his possession any documents or other materials that are described in paragraph 5, page 6 of the Notice and Motion.

6. Steele does not have in his possession any documents or other materials that are described in paragraph 6, page 6 of the Notice and Motion.

7. Steele does not have in his possession any documents or other materials that are described in paragraph 7, page 6 of the Notice and Motion.

Respectfully submitted,

John L. Steele, *pro se*

_____