**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
_____

|  |  |
|---|---|
| In re: | BKY No. 15-42460 |
| Paul Hansmeier,<br>            Debtor. | **WITHDRAWAL OF MOTION FOR TURNOVER** |

_____

On March 30, 2016 the trustee filed a motion seeking an order requiring the turnover of documents from John Steele. Mr. Steele filed a response to the trustee's motion on April 8, 2016, stating that he did not possess any documents responsive to the trustee's motion. The trustee hereby withdraws his March 30, 2016 motion.

                                            **FULLER, SEAVER,**
                                            **SWANSON & KELSCH, P.A.**

Dated: April _12_, 2016                By: ___/e/ Matthew D. Swanson_____
                                                  Matthew D. Swanson      390271
                                                    12400 Portland Avenue South, Suite 132
                                                    Burnsville, MN 55337
                                                    mswanson@fssklaw.com
                                                    (952) 890-0888

                                                    Attorneys for Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

      Paul Hansmeier,

          Debtor.

### UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, I caused the following documents:

    1.    Withdrawal of Motion for Turnover

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage pre-paid to the following:

John L. Steele
500 Michigan Ave.
Suite 600
Chicago, IL 60611

                                       **FULLER, SEAVER, SWANSON & KELSCH, P.A.**

Dated: April 12, 2016                  By: /e/ Matthew D. Swanson
                                           Matthew D. Swanson
                                           12400 Portland Avenue South, Suite 132
                                           Burnsville, MN 55337
                                           (952) 890-0888