# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                          BKY 15-42460

Paul Hansmeier,

      Debtor.

---

### ORDER

---

This case is before the court on the trustee's motion seeking approval of settlement and payment.

Based on the motion and the file,

IT IS ORDERED:

1. The trustee's motion is granted.

2. The trustee is authorized to disburse from closing proceeds, the sum of $293,797.26 to Paul Hansmeier and Padraigin Browne.

Dated: April 13, 2016

        /e/ Kathleen H. Sanberg
        Kathleen H. Sanberg
        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/13/2016*
Lori Vosejpka, Clerk, by LH