UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,　　　　　　　　　　　　　BKY No. 15-42460

　　　*Debtor.*

## PAUL HANSMEIER'S WITNESS AND EXHIBIT LIST

Debtor Paul Hansmeier ("Hansmeier") respectfully submits this witness and exhibit list in anticipation of the May 20, 2016 evidentiary hearing. Hansmeier reserves his right to call any of the witnesses identified in the Chapter 7 Trustee's witness list. Hansmeier reserves his right to use any of the exhibits identified in the Chapter 7 Trustee's exhibit list. In addition to those exhibits, Hansmeier submits the following exhibit list:

1.　Certificate of Organization for Class Justice PLLC, issued on July 3, 2013.

　　　　　　　　　　　　　　　　　　　PAUL HANSMEIER

Dated: May 16, 2016　　　　　　By:　/e/ Paul R. Hansmeier
　　　　　　　　　　　　　　　　　Paul R. Hansmeier
　　　　　　　　　　　　　　　　　100 5th St. S. Suite 1900
　　　　~~(651) 399-1583~~
　　　　　　　　　　　　　　　　　mail@classjustice.org