# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

    *Debtor0*

BKY No. 15-42460

## **ORDER**

This case is before the court on Padraigin Browne's expedited amended motion pursuant to Minn. Stat. § 570.025, Subd. 4 for release of funds currently held by the chapter 7 trustee.

For reasons stated orally and recorded in open court,

IT IS ORDERED: Padraii in Browne's request for expedited relief is denied.

Dated: May 18, 2016

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/18/2016*
Lori Vosejpka, Clerk, by LH