UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                          BKY No.  15-42460

Paul Hansmeier,                                 Chapter 7 Case

                                                ORDER DENYING MOTION FOR
          Debtor.                               ORDER COMPELLING BARBARA
                                                MAY TO TURN OVER ESTATE
                                                PROPERTY

_____

At Minneapolis, Minnesota, May 20, 2016.

        This case is before the court on the Chapter 7 Trustee's Motion for Order

Compelling Barbara May to Turn Over Estate Property.  After the filing of the motion Barbara

May requested leave to withdraw as counsel for the Debtor and on May 17, 2016, the court

entered its Order Permitting Withdrawal of Counsel and ordered Ms. May to turn over to the

Chapter 7 Trustee the $10,169.81 that is the subject of this motion. Neither the Trustee nor his

counsel appeared for trial on the o otion.

        THEREFORE, IT IS ORDERED: The Trustee's motion is denied and the Chapter

7 Trustee is ordered to turn over to the Debtor the sum of $10,169.81.

                                    /e/ Kathleen H. Sanberg
                                    _____
                                    KATHLEEN H. SANBERG
                                    UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/20/2016
Lori Vosejpka, Clerk, by LH