# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

Paul Hansmeier,

     Debtor.

## ORDER

This case is before the court on the trustee's motion for expedited relief and a motion to set aside an order pursuant to Bankruptcy Rule 9024.

For reasons stated orally and recorded in open court,

IT IS ORDERED:

The trustee's motion to set aside an order pursuant to Bankruptcy Rule 9024 is denied.

Dated: May 25, 2016

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/25/2016*
Lori Vosejpka, Clerk, by LH