UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

        Debtor.                                         BKY 15-42460

----------------------------------

Randall L. Seaver, Trustee,                              ADV 16-4124

        Plaintiff,

v.                                                       **JUDGMENT**

Sandipan Chowdhury and Booth Sweet, LLP,

        Defendants.

---

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. The plaintiff shall recover from defendants Sandipan Chowdhury and Booth Sweet, LLP the sum of $71,620.90.

2. The plaintiff is awarded his costs and disbursements in this matter in an amount of $385.30.

Dated:    January 10, 2017                    Lori A. Vosejpka
At:       Minneapolis, Minnesota              Clerk of Bankruptcy Court


                                                      /e/ Lynn M. Hennen
                                       By:   _____

                                                    Lynn M. Hennen
                                                    Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/10/2017*
Lori Vosejpka, Clerk, by LH