## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

---

In re:                                                        Chapter 7

PAUL HANSMEIER,                                               BKY 15-42460

    Debtor.

---

### ORDER

---

This case is before the Court on the creditors' Joint Motion for Entry of Findings of Fact and Conclusions of Law Regarding the Alter Ego Status of the Debtor.   For reasons stated orally and recorded in open court,

IT IS ORDERED: The motion is denied.

Dated:  March 8, 2017                          /e/ Kathleen H. Sanberg
                                               Kathleen H. Sanberg
                                               Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/08/2017
Lori Vosejpka, Clerk, by LH