UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

301 U.S. COURTHOUSE
MINNEAPOLIS, MN 55415
612-664-5200

200 U.S. COURTHOUSE
FERGUS FALLS, MN 56537
218-739-4671

LORI A. VOSEJPKA

CLERK OF BANKRUPTCY COURT

www.mnb.uscourts.gov

200 U.S. COURTHOUSE
ST. PAUL, MN 55101
651-848-1000

416 U.S. COURTHOUSE
DULUTH, MN 55802
218-529-3600

RECEIVED MAY -1 AM 9:54 BANKRUPTCY COURT ST. PAUL, MN

## Debtor Change of Address

Case Number: 15-42460     Chapter: 7

Debtor(s) Name: Paul Hansmeier

Change of address for: ☒ Debtor only   ☐ Joint Debtor only   ☐ Both Debtor and Joint Debtor

NEW Mailing Address: 9272 Gortland Alcove
Street Address/P.O. Box Number

Suite/Apartment Number:
City: Woodbury   State: MN   Zip Code: 55125

OLD Mailing Address: 3749 Sunbury Alcove
Street Address/P.O. Box Number

Suite/Apartment Number:
City: Woodbury   State: MN   Zip Code: 55125

Debtor(s) Signature: [signed Paul]   Date: 5/1/17

Date