UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

        Debtor.                                                     BKY 15-42460

----------------------------------

Paul Hansmeier,                                                 ADV 17-4076

        Plaintiff,

v.                                                                          **JUDGMENT**

Dan Booth; Paul Godfread; and Jason Sweet,

        Defendants.

---

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. This adversary proceeding is dismissed with prejudice in regards to defendants Dan Booth and Jason Sweet, without costs or disbursements to any party.

2. Defendant Paul Godfread is ordered to pay $1,050.00 to the plaintiff within fourteen days of the order granting summary judgment entered on December 7, 2017 (Docket Entry 29).

Dated:    December 13, 2017                      Lori A. Vosejpka
At:        Minneapolis, Minnesota              Clerk of Bankruptcy Court

By:   /e/ Lynn M. Hennen

Lynn M. Hennen
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/13/2017*
Lori Vosejpka, Clerk, by LH