**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

PAUL HANSMEIER

Debtor(s)

Case No: 15–42460

Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE WAIVED

TO: All creditors and other parties in interest:

The discharge of PAUL HANSMEIER has been waived.

Dated: 1/4/18

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: heidi
Deputy Clerk

**mnbntwd** 09/07/2010 – kb