UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

    Debtor.

BKY 15-42460

----------------------------

Paul Hansmeier,

    Plaintiff,

ADV 16-04124

v.

**JUDGMENT**

Sandipan Chowdhury and Booth Sweet LLP,

    Defendants.

---

At Minneapolis, Minnesota, March 7, 2018.

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

    It is therefore Ordered and Adjudged:.

    1.    The plaintiff shall recover from the defendants $71,620.90 payable jointly to Randall L. Seaver, the chapter 7 trustee, and the plaintiff, Paul Hansmeier.

    2.    All parties bear their own costs.

| | | |
|---|---|---|
| Dated: | March 7, 2018 | Lori A. Vosejpka |
| At: | Minneapolis, Minnesota | Clerk of Bankruptcy Court |

                                                              By:    /e/ Lynn M. Hennen

                                                                   Lynn M. Hennen
                                                                   Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/07/2018*
Lori Vosejpka, Clerk, by LH