# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

___

In re:

Paul Hansmeier,

      Debtor.

Bky No. 15-42460
Chapter 7

___

## UNSWORN CERTIFICATE OF SERVICE

___

I hereby certify that on June 3, 2019, I caused the following documents:

- ***Trustee's Notice of Settlement***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a/ certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

I further certify that a copy of the notice was also sent via First Class U.S. Mail to the following individuals:

| | |
|---|---|
| Matthew Burton<br>Morrison Sund, PLLC<br>5125 County Road 101, Suite 200<br>Minnetonka, MN 55345 | Paul Hansmeier<br>9272 Cortland Alcove<br>Woodbury, MN 55125 |
| Beth Forsyth<br>Dorsey & Whitney, LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402 | Philip G. Cormier & Benjamin Brooks<br>Good Schneider Cormier & Fried<br>83 Atlantic Avenue<br>Boston, MA 02110 |

Dated:  June 3, 2019                                                   __/e/ Matthew D. Swanson_____
                                                                                     Matthew D. Swanson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PAUL HANSMEIER | CASE NO: 15-42460<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 268<br>Judge: Kathleen H. Sanberg<br>Response Date: June 24, 2019 |

On 6/3/2019, I did cause a copy of the following documents, described below,

Trustee Notice of Settlement ECF Docket Reference No. 268

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/3/2019

/s/ Matthew Swanson
Matthew Swanson  390271
mswanson@fssklaw.com
Fuller, Seaver & Swanson, P.A.
12400 Portland Ave. S., Suite132
Burnsville, MN  55337
952 890 0920

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  PAUL HANSMEIER | CASE NO: 15-42460 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 268 |
| | Judge: Kathleen H. Sanberg |
| | Response Date: June 24, 2019 |

On 6/3/2019, a copy of the following documents, described below,

Trustee Notice of Settlement ECF Docket Reference No. 268

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matthew Swanson
Fuller, Seaver & Swanson, P.A.
12400 Portland Ave. S., Suite132
Burnsville, MN  55337

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              BEST  FLANAGAN LLP PAUL GODFREAD     FULLER SEAVER SWANSON  KELSCH
  LABEL MATRIX FOR LOCAL NOTICING      PHILLIP                              12400 PORTLAND AVENUE SOUTH STE 132
08644                                  CO EDWARD P SHEU                     BURNSVILLE MN 55337-6805
CASE 15-42460                          60 SOUTH SIXTH STREET SUITE 2700
DISTRICT OF MINNESOTA                  MINNEAPOLIS MN 55402-4452
MINNEAPOLIS
MON JUN 3 10-17-55 CDT 2019


EXCLUDE                                900 SECOND AVE S LLC                 ALPHA LAW FIRM
MINNEAPOLIS                            900 2ND AVENUE SOUTH                 80 S 8TH ST
301 US COURTHOUSE                      MINNEAPOLIS MN 55402-3314            MINNEAPOLIS MN 55402-2100
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320


AMERICAN EXPRESS                       ANTHONY SMITH                        ALAN COOPER
CUSTOMER SERVICE                       CO BOOTH SWEET LLP                   CO BOOTH SWEET LLP
BILLING INQUIRIES                      32R ESSEX ST STUDIO 1A               32R ESSEX STREET
PO BOX 981535                          CAMBRIDGE MA 02139-2646              CAMBRIDGE MA 02139-2646
EL PASO TX 79998-1535


ALAN COOPER                            AMERICAN EXPRESS BANK FSB            BEST  FLANAGAN LLP
CO GODFREAD LAW FIRM PC                CO BECKET AND LEE LLP                ATTN EDWARD P SHEU
6043 HUDSON ROAD SUITE 305             POB 3001                             60 SOUTH SIXTH STREET SUITE 2700
WOODBURY MN 55125-1035                 MALVERN PA 19355-0701                MINNEAPOLIS MN 55402-4690


CERTAIN JOHN DOES                      EDWARD SHEU                          EDWARD P SHEU
ST CLAIR COUNTY IL                     BEST AND FLANAGAN                    BEST  FLANAGAN LLP
CASE NO 12-MR-417                      225 SOUTH 6TH ST SUITE 4000          60 SOUTH SIXTH STREET
CO ERIN RUSSELL                        MPLS MN 55402-4625                   SUITE 2700
230 W SUPERIOR STREET SUITE 200                                             MINNEAPOLIS MN 55402-4690
CHICAGO IL 60654-3581


GODFREAD LAW FIRM PC                   ILLINOIS DEPARTMENT OF REVENUE       INTERNAL REVENUE SERVICE
CO BEST  FLANAGAN LLP                  SPRINGFIELD IL 62179                 INSOLVENCY SECTION
60 SOUTH SIXTH STREET                                                       PO BOX 7346
SUITE 2700                                                                  PHILADELPHIA PA 19101-7346
MINNEAPOLIS MN 55402-4452


ILLINOIS DEPARTMENT OF REVENUE         JOHN DOE                             JOHN STEELE
BANKRUPTCY UNIT                        CO THE PIETZ LAW FIRM                500 MICHIGAN AVE
PO BOX 19035                           8605 SANTA MONICA BLVD               SUITE 600
SPRINGFIELD IL 62794-9035              NO 69018                             CHICAGO IL 60611-3754
                                       LOS ANGELES CA 90069-4109


MARK LUTZ                              MICHAEL DUGAS                        PADRAIGIN BROWNE
1111 LINCOLN ROAD                      1125 DUCKWOOD TRAIL                  100 3RD AVE S 3201
MIAMI BEACH LF 33139-2452              APT 112                              MPLS MN 55401-2728
                                       EAGAN MN 55123-1134


PAUL DUFFY                             PRENDA LAW INC                       PAUL GODFREAD
2 N LASALLE ST                         2 N LASALLE ST                       CO BOOTH SWEET LLP
CHICAGO IL 60602-3702                  CHICAGO IL 60602-3702                32R ESSEX STREET
                                                                            CAMBRIDGE MA 02139-2646
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PHILLIP GAINSLEY<br>CO BEST  FLANAGAN LLP<br>60 SOUTH SIXTH STREET<br>SUITE 2700<br>MINNEAPOLIS MN 55402-4452 | QWEST COMMUNICATIONS ET AL<br>CO BASSFORD REMELE<br>33 S 6TH STREET SUITE 3800<br>MINNEAPOLIS MN 55402-3707 | SANDIPAN CHOWDHURY<br>CO BOOTH SWEET<br>32R ESSEX SUITE STUDIO 1A<br>CAMBRIDGE MA 02139 |
| SANDIPAN CHOWDHURY CO BEST   FLANAGAN<br>60 SOUTH SIXTH STREET<br>SUITE 2700<br>MINNEAPOLIS MN 55402-4452 | TCF MORTGAGE CORP<br>PO BOX 1119<br>MINNEAPOLIS MN 55472-0121 | TCF NATIONAL BANK<br>1405 XENIUM LANE NORTH<br>PLYMOUTH MN 55441-4402 |
| THOMPSON HALL SANTI CERNY  DOOLEY<br>CO BEST  FLANAGAN LLP<br>60 SOUTH SIXTH STREET<br>SUITE 2700<br>MINNEAPOLIS MN 55402-4452 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | ANTHONY SMITH<br>CO JASON SWEET<br>BOOTH SWEET LLP<br>32R ESSEX STREET<br>CAMBRIDGE MA 02139-2646 |
| CERTAIN JOHN DOES<br>THE RUSSELL FIRM LLC<br>CO ERIN K RUSSELL<br>230 W SUPERIOR STREET<br>SUITE 200<br>CHICAGO IL 60654-3581 | CONSTANCE J PAIEMENT<br>PAIEMENT LAW OFFICE LLC<br>221 EAST MYRTLE STREET<br>STILLWATER MN 55082-5040 | DEBTOR<br>PAUL HANSMEIER<br>9272 CORTLAND ALCOVE<br>WOODBURY MN 55125-9115 |
| RANDALL L SEAVER<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE MN 55337-6805 | SAMUEL V CALVERT<br>1011 2ND ST N STE 107<br>ST CLOUD MN 56303-3237 | |