# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: BKY No. 15-42460

Paul Hansmeier,

    Debtor.

## ORDER

This case came before the court on the trustee's notice of settlement filed on May 31, 2019, as Document No. 268, regarding a settlement between the trustee, debtor, Sandipan Chowdhury, Booth Sweet, LLP, Daniel Booth and Jason Sweet. No objections to the settlement were filed. Based on the notice of settlement and the file,

IT IS ORDERED: The settlement described in the notice of settlement filed on May 31, 2019, as Document No. 268, is approved.

Dated: June 25, 2019

/e/ Kathleen H. Sanberg
_____
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/25/2019
Lori Vosejpka, Clerk, by LH